# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN NEIL AND ASSOCIATES,<br>INC.,<br><br>　　　　　Defendant. | Case No.  1:17-cv-00675-LJO-SAB<br><br>ORDER RE STIPULATION TO AMEND<br>SCHEDULING ORDER<br><br>(ECF No. 14) |

On July 28, 2017, the Court issued a scheduling order in this action.  (ECF No. 10.)  On December 11, 2017, the parties filed a stipulation to amend the deadline to complete class certification discovery.  (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that:

1.　　The deadline to complete class certification discovery is amended to December 15, 2017; and

2.　　All other aspects of the July 28, 2017 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: 　**December 11, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1