# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TERI BROWN, | Case No. 1:17-cv-00675-LJO-SAB |
|---|---|
| Plaintiff, | ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |
| v. | |
| JONATHAN NEIL AND ASSOCIATES, INC., | |
| Defendant. | |

On February 14, 2018, the Court heard oral argument on Plaintiff's motion for class certification. Pursuant to the discussion at the hearing, the Court shall allow the parties to file supplemental briefing to address the Court's authority to expand the class beyond that requested by the plaintiff and additional authority on limiting the class from that proposed in the complaint filed in the action. Accordingly, the parties shall file simultaneous briefing on or before March 7, 2018.

IT IS SO ORDERED.

Dated: **February 14, 2018**

UNITED STATES MAGISTRATE JUDGE

1