UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TERI BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>JONATHAN NEIL & ASSOCIATES, INC. and JOHN DOES 1-25,<br><br>Defendants | CASE NO. 1:17-cv-00675-LJO-SAB<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO FILE SUPPLEMENTAL BRIEFS REGARDING CLASS CERTIFICATION<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that the deadline to file supplemental briefs regarding class certification currently scheduled for **March 7, 2018** is CONTINUED to **March 21, 2018.**

IT IS SO ORDERED.

Dated: __**March 6, 2018**__

UNITED STATES MAGISTRATE JUDGE