# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00675-LJO-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE AND DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE MOTION TO CERTIFY CLASS<br><br>(ECF Nos. 19, 30) |

On January 12, 2018, Plaintiff filed a motion to certify a class in this action. (ECF No. 19.) A hearing on the motion was held on February 14, 2018, and the parties were to submit supplemental briefing. (ECF No. 26.) On March 7, the deadline to submit the briefing was extended at the stipulation of the parties. (ECF No. 29.) On March 22, 2018, the parties filed a notice of settlement and request to withdraw the motion for class certification. (ECF No. 30.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties shall file a joint motion for class certification and preliminary approval of the proposed class action settlement on or before May 7, 2018, with the hearing to be set before the undersigned pursuant to the Local Rules; and

2. The Clerk of the Court is directed to administratively terminate the motion for class certification filed on January 12, 2018.

IT IS SO ORDERED.

Dated: __March 22, 2018__　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1