# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 39)<br><br>DEADLINE: JULY 3, 2018 |

On June 5, 2018, an order was filed denying the parties' motion for preliminary approval of a class action settlement. Pursuant to the June 5, 2018 order, the parties were to inform the Court if they were going to continue to pursue settlement or if a scheduling conference needed to be set. On June 12, 2018, the parties filed a stipulation to continue the deadline to respond to the June 5, 2018 order.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that notice of whether the parties intend to pursue settlement or need a scheduling conference set shall be filed on or before July 3, 2018.

IT IS SO ORDERED.

Dated: __**June 13, 2018**__

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1