# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>   Plaintiff,<br><br> v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>   Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER CONTINUING DEADLINE FOR PARTIES TO FILE NOTICE RE CLASS ACTION SETTLEMENT<br><br>DEADLINE: JULY 13, 2018 |

  On June 5, 2018, an order was filed denying the parties' joint motion for preliminary approval of the class action settlement. (ECF No. 38.) In the June 5, 2018 order, the parties were ordered to file a notice within fourteen days informing the court whether they would be continuing to pursue settlement or if the action should be set for a scheduling conference. (Id.) On June 12, 2018, the parties filed a stipulation to extend the time to file the notice until July 3, 2018 which was granted. (ECF Nos. 39, 40.)

  On July 2, 2018, the parties informed the Court that they wished to schedule an informal conference to discuss settlement and requested an extension of the deadline to file their notice. The courtroom deputy shall coordinate with the parties, and an informal teleconference shall be set by minute order. The Court shall grant the parties' request to continue the deadline for the parties to file notice.

1

Accordingly, the deadline to file notice regarding whether the parties will be pursuing settlement or the matter should proceed to a scheduling conference is HEREBY CONTINUED to July 13, 2018.

IT IS SO ORDERED.

Dated: **July 2, 2018**

_____
UNITED STATES MAGISTRATE JUDGE