# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JONATHAN NEIL AND ASSOCIATES,<br>INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER FOLLOWING INFORMAL<br>TELECONFERENCE AND CONTINUING<br>DEADLINE TO FILE NOTICE RE CLASS<br>SETTLEMENT<br><br>(ECF No. 41)<br><br>DEADLINE: JULY 26, 2018 |

On June 5, 2018, an order was filed denying the parties' joint motion for preliminary approval of the class action settlement. (ECF No. 38.) In the June 5, 2018 order, the parties were ordered to file a notice within fourteen days informing the court whether they would be continuing to pursue settlement or if the action should be set for a scheduling conference. (Id.) On June 12, 2018, the parties filed a stipulation to extend the time to file the notice until July 3, 2018 which was granted. (ECF Nos. 39, 40.) At the request of the parties, an informal teleconference was set for July 11, 2018, and the deadline to file the notice was continued to July 13, 2018. (ECF No. 41.)

The Court held an informal teleconference on July 11, 2018. Counsel Yitzchak Zelman appeared for Plaintiff and counsel Christopher Egan appeared for Defendant. The parties indicated that they are still discussing settlement and at this point are unsure whether a settlement

will occur or if a motion for class certification will be forthcoming.  As discussed at the July 11, 2018 conference, the Court shall extend the deadline to file notice regarding the class settlement to July 26, 2018.

Accordingly, IT IS HEREBY ORDERED that, on or before July 26, 2018, the parties shall file a notice either 1) informing the Court if the settlement will proceed and addressing how the concerns raised in the order denying the motion for preliminary approval of the class action settlement have been resolved or 2) requesting that a briefing schedule be set for a motion for class certification.

IT IS SO ORDERED.

Dated:   **July 11, 2018**

UNITED STATES MAGISTRATE JUDGE