# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER RE JOINT REQUEST FOR BRIEFING SCHEDULE<br><br>ORDER SETTING BRIEFING SCHEDULE<br>Motion for class certification: August 10, 2018<br>Opposition: August 24, 2018<br>Reply: August 31, 2018<br>Hearing: September 7, 2018, at 9:30 a.m. in Courtroom 9 (SAB)<br><br>(ECF No. 46) |

On June 5, 2018, an order was filed denying the parties' joint motion for preliminary approval of the class action settlement. (ECF No. 38.) In the June 5, 2018 order, the parties were ordered to file a notice within fourteen days informing the court whether they would be continuing to pursue settlement or if the action should be set for a scheduling conference. (Id.) On June 12, 2018, the parties filed a stipulation to extend the time to file the notice until July 3, 2018 which was granted. (ECF Nos. 39, 40.) At the request of the parties, an informal teleconference was set for July 11, 2018, and the deadline to file the notice was continued to July 13, 2018. (ECF No. 41.)

The Court held an informal teleconference on July 11, 2018. On July 11, 2018, the Court ordered the parties to file a notice either 1) informing the Court if the settlement will proceed and

addressing how the concerns raised in the order denying the motion for preliminary approval of the class action settlement have been resolved or 2) requesting that a briefing schedule be set for a motion for class certification.

On July 26, 2018, the parties filed a joint request for a briefing schedule for a motion for class certification. (ECF No. 46.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for class certification shall be filed on or before August 10, 2018;
2. Defendant's opposition shall be filed on or before August 24, 2018;
3. Plaintiff's reply shall be filed on or before August 31, 2018; and
4. The motion for class certification shall be heard on September 7, 2018, at 9:30 a.m. in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated: **July 27, 2018**

UNITED STATES MAGISTRATE JUDGE