IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TERI BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN NEIL & ASSOCIATES, INC.,<br><br>Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR OVERSIZE BRIEF<br><br>(ECF No. 48) |

On August 8, 2018, Plaintiff filed a request to file an oversized brief in moving for class certification. Defendant has no objection to the request. The Court finds good cause exists to grant the request. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is hereby granted leave to submit a motion for class certification, exceeding no more than thirty-five (35) pages; and

2. Defendant may similarly file an opposition brief not to exceed thirty-five pages.

IT IS SO ORDERED.

Dated: **August 9, 2018**

UNITED STATES MAGISTRATE JUDGE