# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE ANY OBJECTION TO PROPOSED CLASS NOTICE WITHIN FIVE DAYS |

　　　　On August 29, 2018, an order issued granting Plaintiff's motion for class certification. (ECF No. 52.)  The order directed Plaintiff to file a proposed class action notice for the Court's approval within twenty days.  (Id. at 9.)  On September 18, 2018, Plaintiff filed a proposed class action notice.  (ECF No. 53.)  The Court shall provide Defendant with the opportunity to file objections to the notice to the class.

　　　　Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order Defendant shall file any objections to the proposed class action notice.

IT IS SO ORDERED.

Dated:　**September 18, 2018**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1