# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>       Plaintiff,<br><br>      v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>       Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER REQUIRING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 55<br><br>DEADLINE: OCTOBER 26, 2018 |

On August 29, 2018, an order issued granting Plaintiff's motion for certification of a class in this matter. (ECF No. 1.) On September 27, 2018, Plaintiff filed a request to vacate the scheduling conference set for this same date as the parties had agreed to settle the action. (ECF No. 55.) The scheduling conference was then vacated. (ECF No. 56.)

Accordingly, IT IS HEREBY ORDERED that:

1.    All pending dates and matters in this action are VACATED; and

2.    The parties shall file a motion for preliminary approval of the class action settlement on or before October 26, 2018.

IT IS SO ORDERED.

Dated:   **September 28, 2018**  

UNITED STATES MAGISTRATE JUDGE