THE HONORABLE STANLEY A. BOONE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>Defendants. | CASE NO. 1:17-cv-00675-LJO-SAB |

**JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND RELEASE**

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff, Teri Brown ("Plaintiff"), individually, and as representative of the class of persons defined below, and Defendant, Jonathan Neil and Associates, Inc. ("Defendant"), will move this Honorable Court, on February 13, 2019 at 10:00am in Courtroom #9, Robert E. Coyle United States Courthouse, 2500 Tulare Street, 6th Floor, Fresno, California 93721, for an Order granting final approval of

the Parties' class settlement agreement, and for attorney's fees, costs, and incentive award to named Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely on the declarations and exhibits annexed thereto and the legal brief submitted herewith in support of his motion for preliminary approval. A proposed order also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff respectfully requests oral argument.

Respectfully submitted this 16th day of January 2019.


*s/ Ari Marcus*
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:  (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorneys for Plaintiff*


*s/Christopher Egan*

Christopher M. Egan, Esq.
PORTER SCOTT
350 University Ave., Suite 200
Sacramento, California 9582
Telephone: (916) 929-1481

Facsimile: (916) 927-3706
cegan@porterscott.com
*Attorney for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{01953224.DOCX}