# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>        Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER VACATING FEBRUARY 13, 2019 HEARING |

On May 16, 2017, Plaintiff Teri Brown filed this action individually and on behalf of all others similarly situated alleging violation of the Fair Debt Collections Practices Act. On November 5, 2018, an order was filed granting preliminary approval of the class action settlement in this action. Currently before the Court is Plaintiff Teri Brown's motion for final approval of a class action settlement.

The Court, having reviewed the record and considering that no class member has objected to the settlement, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 13, 2019, is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **February 11, 2019**

                                           UNITED STATES MAGISTRATE JUDGE