# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN NEIL AND ASSOCIATES, INC.,<br><br>        Defendant. | Case No. 1:17-cv-00675-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 71)<br><br>TEN DAY DEADLINE |

On February 14, 2019, an order issued granting final approval of the class action settlement in this matter. (ECF No. 69.) The parties were ordered to file a stipulated final judgment by March 1, 2019. (Id.) On February 25, 2019, Plaintiff filed a motion for reconsideration of the award of attorney fees. (ECF No. 70.) On March 12, 2019, the motion for reconsideration was denied, and the parties were directed to file dispositive documents within fourteen days. (ECF No. 71.) More than fourteen days have passed and the parties have not filed dispositive documents in compliance with the March 12, 2019 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1

Accordingly, the Court HEREBY ORDERS the parties TO SHOW CAUSE within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed. **The parties are forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **April 2, 2019**

_____
UNITED STATES MAGISTRATE JUDGE